U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERT M. DAVIS and GLENDA C. DAVIS | : | CIVIL ACTION NO. 2:06-cv-2120 |
| VERSUS | : | JUDGE MINALDI |
| USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, and UNITED SERVICES AUTOMOBILE ASSOCIATION | : | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

Before the Court is defendant USAA Casualty Insurance Company's (hereinafter "USAA Casualty") Motion for Summary Judgment [doc. 33]. For the reasons stated in the accompanying Memorandum Ruling,

IT IS ORDERED that USAA Casualty's Motion For Summary Judgment [doc. 33] is hereby GRANTED in part and DENIED in part. The Motion is GRANTED insofar as any recovery of penalties under La. Rev. Stat. Ann. § 22:658 is limited to twenty-five percent of the amount found to be due under the policy, and an award of attorney fees is not available. This Motion is DENIED insofar as this Court declines to dismiss the plaintiffs' claims under La. Rev. Stat. Ann. §§ 22:658 and 22:1220.

Lake Charles, Louisiana, this 5 day of Sept, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE